IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| L&M COMPANIES, INC. AND<br>PALUMBO FOODS, LLC, | §<br>§<br>§ | |
| Plaintiffs, | § | CIVIL ACTION NO. 5:19-cv-27-D |
| | § | |
| VS. | § | |
| | § | |
| UNIQUE FOOD COMPANY, INC.,<br>LOUIS J. DEANGELIS, BEVERLY A.<br>DEANGELIS, LOUIS J. DEANGELIS,<br>JR., GINA D. BISSETTE, AND<br>BISSETTE BROTHERS, LLC, | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

| | | |
|---|---|---|
| D&T BROKERAGE, INC., | §<br>§ | |
| Intervening Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| UNIQUE FOOD COMPANY, INC.,<br>LOUIS J. DEANGELIS, BEVERLY A.<br>DEANGELIS, LOUIS J. DEANGELIS,<br>JR., GINA D. BISSETTE, AND<br>BISSETTE BROTHERS, LLC, | §<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## ORDER GRANTING
## UNOPPOSED MOTION TO INTERVENE

Before the Court is the Unopposed Motion to Intervene (the "**Motion**") filed by D&T BROKERAGE, INC. ("**Movant**"). The Motion is not opposed.

Accordingly, it is ORDERED that the Motion is GRANTED and Movant is permitted to intervene in this action as a matter of right and file its Complaint in Intervention in the form

attached to the Motion as **Exhibit "A"** within ten (10) days from the date this Order is entered in the Action

SO ORDERED. This 8 day of February 2019.

*/s/ J. Dever*
JAMES C. DEVER III
United States District Judge