IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| L&M COMPANIES, INC. AND<br>PALUMBO FOODS, LLC,<br><br>    Plaintiffs,<br><br>VS.<br><br>UNIQUE FOOD COMPANY, INC.,<br>LOUIS J. DEANGELIS, BEVERLY A.<br>DEANGELIS, LOUIS J. DEANGELIS,<br>JR., GINA D. BISSETTE, AND<br>BISSETTE BROTHERS, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:19-cv-27-D |
| D&T BROKERAGE, INC.,<br><br>    Intervening Plaintiff,<br><br>VS.<br><br>UNIQUE FOOD COMPANY, INC.,<br>LOUIS J. DEANGELIS, BEVERLY A.<br>DEANGELIS, LOUIS J. DEANGELIS,<br>JR., GINA D. BISSETTE, AND<br>BISSETTE BROTHERS, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § | |

**ORDER GRANTING INTERVENING PLAINTIFF'S
MOTION TO APPEAR TELEPHONICALLY**

Before the Court is the *Intervening Plaintiff's Motion to Appear Telephonically* (the "**Motion**") filed by D&T BROKERAGE, INC. ("**Movant**").

Accordingly, it is ORDERED that the Motion is GRANTED and Movant is permitted to appear telephonically at the Hearing on the Motion for Preliminary Injunction before the Honorable James C. Dever III on February 19, 2019 at 8:30 a.m. EST.

Signed this __13__ day of February, 2019.

                                                     _/s/ Dever_
                                                    UNITED STATES DISTRICT JUDGE