IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civ. Case No. 5:19-CV-00027-D

L&M COMPANIES, INC., a North Carolina
corporation, and PALUMBO FOODS, LLC.,

        Plaintiffs

vs.

UNIQUE FOOD COMPANY, INC.,
LOUIS J. DEANGELIS, BEVERLY A.
DEANGELIS, LOUIS J. DEANGELIS, JR.,
GINA D. BISSETTE, and BISSETTE
BROTHERS, LLC,

        Defendants
_____/

## ORDER GRANTING MOTION OF INTERESTED PARTIES AND PROSPECTIVE INTERVENOR PLAINTIFFS FOR LEAVE TO APPEAR TELEPHONICALLY

UPON CONSIDERATION of the *Motion of Interested Parties and Prospective Intervenor Plaintiffs for Leave to Appear Telephonically* (the "Motion") filed by interested parties and prospective intervenor plaintiffs Lipman-Texas, LLC, The Thomas Colace Company, Inc., Nickey Gregory Company, LLC, JH Honeycutt & Sons, Inc., and Nature's Way Farms, Inc. (the "Lipman Group"), and good cause having been shown to grant the Motion, it is hereby

**ORDERED**, that the Motion is GRANTED, and it is further

**ORDERED**, that counsel for the Lipman Group, Kate Ellis, is permitted to appear telephonically at the hearing on the *Motion for Preliminary Injunction* [Dkt. 10] before this Court on February 19, 2019 at 8:30 a.m. EST.

Signed this __15__ day of February, 2019.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE