IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| L&M COMPANIES, INC. AND<br>PALUMBO FOODS, LLC, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | CIVIL ACTION NO. 5:19-cv-27-D |
| VS. | §<br>§ | |
| UNIQUE FOOD COMPANY, INC.,<br>LOUIS J. DEANGELIS, BEVERLY A.<br>DEANGELIS, LOUIS J. DEANGELIS,<br>JR., GINA D. BISSETTE, AND<br>BISSETTE BROTHERS, LLC, | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

| | | |
|---|---|---|
| D&T BROKERAGE, INC., | §<br>§ | |
| Intervening Plaintiff, | §<br>§ | |
| VS. | §<br>§ | |
| UNIQUE FOOD COMPANY, INC.,<br>LOUIS J. DEANGELIS, BEVERLY A.<br>DEANGELIS, LOUIS J. DEANGELIS,<br>JR., GINA D. BISSETTE, AND<br>BISSETTE BROTHERS, LLC, | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

**ORDER GRANTING INTERVENING PLAINTIFF D&T BROKERAGE INC.'S
AMENDED NOTICE OF JOINDER IN MOTION FOR TEMPORARY
RESTRAINING ORDER AND MOTION FOR PRELIMINARY
INJUNCTION WITHOUT NOTICE PURSUANT TO
RULE 65, FED.R.CIV.P**

Before the Court is the *Intervening Plaintiff's D&T Brokerage, Inc.'s Amended Notice of Joinder in Motion for Temporary Restraining Order and Motion for Preliminary Injunction*

*Without Notice Pursuant to Rule 65, Fed. R. Civ. P.* (the "**Motion**") (D.E. #32) filed by D&T BROKERAGE, INC. ("**Movant**").

Having considered the Motion, it is ORDERED that the Motion is GRANTED and Movant is permitted to join in the preliminary injunctive relief sought by L&M COMPANIES, INC and PALUMBO FOODS, LLC ("**Original Plaintiffs**") in the following filings:

1. *Motion for a Temporary Restraining Order Without Notice, pursuant to Rule 65, Fed. R. Civ. P.* (D.E. #8) ("**Motion for TRO**");

2. *Memorandum in Support of Motion for Temporary Restraining Order* (D.E. #9) ("**Memo for TRO**");

3. *Motion for Preliminary Injunction* (DE #10) ("**Motion for PI**"); and

4. *Memorandum in Support for Preliminary Injunction* (DE #11) ("**Memo for PI**").

Signed this __15__ day of February, 2019.

                                                                           UNITED STATES DISTRICT JUDGE