**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**

Civ. Case No. 5:19-CV-27-D

L&M COMPANIES, INC., a North Carolina
corporation, and PALUMBO FOODS, LLC.,

       Plaintiffs,

vs.

UNIQUE FOOD COMPANY, INC.,
LOUIS J. DEANGELIS, BEVERLY A.
DEANGELIS, LOUIS J. DEANGELIS, JR.,
GINA D. BISSETTE, and BISSETTE
BROTHERS, LLC,

       Defendants.

_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONVERT PRELIMINARY INJUNCTION HEARING TO A STATUS CONFERENCE, AND TO PERMIT ALL COUNSEL TO APPEAR TELEPHONICALLY

THIS MATTER came before the Court on Plaintiffs/Movants L&M COMPANIES, INC. and PALUMBO FOODS, LLC.'s Unopposed Motion to Convert Preliminary Injunction Hearing to a Status Conference, and to Permit All Counsel to Appear Telephonically, and the Court having reviewed the Motion and being otherwise duly advised in the premises, ORDERS that the Motion is GRANTED.

SO ORDERED this ___15___ day of February, 2019.

                              _____
                              JAMES C. DEVER III
                              United States District Judge